

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00487-CV

**IN THE INTEREST OF J.J.C., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01162
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. Appellant's brief was due October 10, 2016. Appellant has filed a motion asking for a nine-day extension of time in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before October 19, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court